IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GEMINI REAL ESTATE ADVISORS, LLC., and GEMINI EQUITY PARTNERS, LLC, Delaware Limited Liability Companies, | § § § § § § | No. 320, 2018 Court Below: Court of Chancery of the State of Delaware |
| Defendant Below, Appellants, | § § § | No. 2017-0510 |
| v. | § § | |
| WILLIAM T. OBEID, | § § | |
| Plaintiff Below, Appellee. | § § § | |

Submitted: December 5, 2018
Decided: January 14, 2019

Before **VAUGHN, SEITZ,** and **TRAYNOR**, Justices.

# **O R D E R**

This 14th day of January 2019, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Post-Trial Ruling dated June 5, 2018 and Order Denying Appellants' Motion for Reargument or to Alter or Amend Judgment dated June 26, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice